SCHUCHMAN, J.    Order and judgment appealed from are affirmed, with costs.

McCARTHY, J., concurs.

Order and judgment affirmed, with costs.

----

MARY ANN McKEOWN, Appellant, *v.* THE BANK FOR SAVINGS, Respondent.

APPEAL from order making one Alexander McKeown party defendant herein in place of the defendant "The Bank for Savings."

T. M. Tyng, for appellant.

Strong & Cadwalader (Henry S. Wardner, of counsel), for respondent.

SCHUCHMAN, J.    Under the authority of Mahro v. Greenwich Savings Bank, 16 Misc. Rep. 537, the order appealed from is right and is affirmed, with costs.

OLCOTT, J., concurs.

Order affirmed, with costs.